**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK,<br><br>        Plaintiff,<br><br>-against-<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>        Defendant. | CAUSE NO. 4:15CV679<br><br><br><br>**TRIAL BY JURY DEMANDED** |

**DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S
<u>DISCLOSURE STATEMENT</u>**

     GC Services Limited Partnership hereby certifies under Federal Rule of Civil Procedure 7.1 that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

                                                                                        Respectfully submitted,

                                                    */s/ William S. Helfand*
                                                    William S. Helfand
                                                    Bill.Helfand@chamberlainlaw.com
                                                    Texas Bar No. 09388250
                                                    CHAMBERLAIN, HRDLICKA, WHITE,
                                                        WILLIAMS & AUGHTRY
                                                    1200 Smith Street, Suite 1400
                                                    Houston, Texas  77002
                                                    (713) 654-9630 - Telephone
                                                    (713) 658-2553 – Facsimile

                                                    *Attorney in Charge for Defendant*

2

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the local rules on this 29th day of October, 2015, to:

David Mack
7720 McCallum Blvd. #2099
Dallas, Texas  75252

                                        */s/ William S. Helfand*
                                        William S. Helfand

2014050.1