IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
JAN 14 2016
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| **David E Mack** | § | |
| *Plaintiff,* | § | Case No. 4:15-cv-679 |
| | § | |
| vs | § | |
| | § | |
| GC SERVICES LIMITED PARTNERSHIP | § | |
| *Defendant.* | § | |

## NOTICE OF SERVICE OF DISCLOSURES REQUIRED BY FED. R. CIV. P. 26(a)(1)

Comes now the Plaintiff who Notices the Court of service of the Disclosures required by Fed. R. Civ. P. 26(a)(1) to counsel of record for the Defendants in this cause of action on January 14, 2016.

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated: January 14, 2016

_____
David E Mack

Michael Twomey
Chamberlain, Hrdlicka, White,
Williams & Aughtry
1200 Smith Street, Suite 1400
Houston, Texas 77002