**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **DAVID MACK** | § |
| | §  **CASE NO. 4:15CV679** |
| **v.** | § |
| | §  **(Judge Clark/Judge Bush)** |
| **GC SERVICES LIMITED** | § |
| **PARTNERSHIP** | § |

## SCHEDULING ORDER

The following actions shall be completed by the date indicated.[1] (The times indicated are the standard for most cases. Counsel should be prepared to explain the need for requested changes.) Based on the parties' agreement, **the scheduling conference set for February 2, 2016 is cancelled**.

| | |
|---|---|
| **December 17, 2015** | Deadline for motions to transfer |
| **January 28, 2016** | Deadline to add parties |
| **N/A** | Mediation deadline. |
| **February 25, 2016** | Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |
| **March 10, 2016** | Deadline for Plaintiff to file amended pleadings (A motion for leave to amend is not necessary.) |
| **April 7, 2016** | Defendant's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |
| **7 weeks after disclosure of an expert is made** | Deadline to object to any other party's expert witnesses. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Fed. R. Civ. P. 6, the effective date is the first federal court business day following the deadline imposed.

1

| | |
|---|---|
| **March 24, 2016** | Deadline for defendant's final amended pleadings (A motion for leave to amend is not necessary.) |
| **April 21, 2016** | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| **June 30, 2016** | All discovery shall be commenced in time to be completed by this date. |
| **December 21, 2016** | Notice of intent to offer certified records. |
| **December 21, 2016** | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| **December 21, 2016** | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which can not be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's rulings on objections. |
| **December 21, 2016** | Motions in limine due<br>File Joint Final Pretrial Order.  (See Local Rules - Appendix D) |

| | |
|---|---|
| **December 28, 2016** | Response to motions in limine due[2] |
| | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[3]  (This does not extend deadline to object to expert witnesses.) File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law) |
| | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. to docket call. |
| **January 25, 2017** | Docket call and Final Pretrial at 9:00 a.m. by video. Date parties should be prepared to try case. Provide court with two copies of Exhibit list, using form from District Clerks Office.  Absent agreement of the parties, this should not have exhibits which were not listed in the Final Pre- trial Order, but may have some deletions depending on rulings on objections. |
| **January 30, 2017** | 9:00 a.m. Jury selection and trial.  Case will then be tried in order with other cases on the docket. Depending on disposition of other cases on court's docket, jury selection may be the following week.  About a month before docket call, counsel may wish to consult with counsel for the other cases on the January docket to determine whether their cases are likely to settle. |

**SIGNED this 28th day of January, 2016.**

                                                                                        _____
                                                                                        DON D. BUSH
                                                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response.  But, if there is particularly difficult or novel issue, the Court needs some time to review the matter.   To save time and space respond only to items objected to.  All others will be considered to be agreed. Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response.  The parties shall notify the court of all the issues which are resolved.

[3] Within five calendar days after the filing of any objections, opposing counsel **shall confer** to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.