# FILED

**MAR 2 9 2016**

Clerk, U.S. District Court
Texas Eastern

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 4:15-cv-00679-RC** |
| | § | |
| **GC SERVICES LP,** | § | |
| *Defendant.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES CHIEF DISTRICT JUDGE RON CLARK:

The parties file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is David E. Mack ("Plaintiff"). Defendant is GC Services Limited Partnership ("Defendant").

2. On October 2, 2015, Plaintiff sued Defendant by filing in this Court Plaintiff's Complaint for Violations of the Telephone Consumer Protection Act 47 U.S.C. § 227. On October 27, 2015, Defendant filed its Original Answer & Jury Demand.

3. Plaintiff moves to dismiss, with prejudice, all his claims brought against Defendant in this suit.

4. Defendant agrees to this dismissal with prejudice.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.     This dismissal is with prejudice.

                                        Respectfully submitted,

Dated: _March 29_ 2016                  By: _/s/ David E. Mack_____
                                            David E. Mack, Pro se
                                            7720 McCallum Blvd., #2099
                                            Dallas, Texas  75252
                                            (972) 735-9642 – phone
                                            mack2001@swbell.net


                                        By: _/s/ William S. Helfand___
                                            William S. Helfand
                                            TBN: 09388250
                                            1200 Smith St., Ste. 1400
                                            Houston, Texas  77002
                                            (713) 654-9630 – phone
                                            (713) 658-2553 – fax
                                            bill.helfand@chamberlainlaw.com

                                            Lead Counsel for Defendant

2104347.1
009124.000165

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated:  March 29, 2016

David E Mack

Earl Walker
Chamberlain, Hrdlicka, White,
Williams & Aughtry
1200 Smith Street, Suite 1400
Houston, Texas 77002